UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:12-CR-235-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | MOTION FOR REDUCTION OF |
| | ) | SENTENCE UNDER 18 U.S.C § 3582 (c) |
| | ) | |
| COREY JONES | ) | |

The petitioner, COREY JONES, by and through undersigned counsel, respectively moves this Court, pursuant to 18 U.S.C § 3582 (c)(2), U.S.S.G. § 1B1.10(c), and U.S.S.G. Amendment 782, for an order reducing his sentence based on the 2014 retroactive amendments to the drug guidelines. Mr. Jones respectfully requests that this motion be granted and that the Court impose a sentence in accordance with the 18 U.S.C.§ 3582 (c)(2), U.S.S.G § 1B1.10(c), and U.S.S.G. Amendment 782.

Respectfully submitted this 1st day of July, 2015.

GUIRGUIS LAW, PA

/s/ Nardine Mary Guirguis
Nardine Mary Guirguis
Pro Bono Attorney
434 Fayetteville St., Suite 2140
Raleigh, North Carolina 27601
Telephone: (919) 832-0500
nardine@guirguislaw.com

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the Attorney for the United States by electronic transmission as indicated below:

>	Jennifer E. Wells
>	United States Attorney
>	310 New Bern Ave, Suite 800
>	Raleigh, North Carolina 27601

This 1st day of July, 2015.

>	GUIRGUIS LAW, PA
>	<u>/s/ Nardine Mary Guirguis</u>
>	Nardine Mary Guirguis
>	Pro Bono Attorney
>	434 Fayetteville St., Suite 2140
>	Raleigh, North Carolina 27601
>	Telephone: (919) 832-0500